IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **LESTER WILLIAMS**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **10-171-JPG-CJP** |
| | ) | |
| **LIEUTENANT SHAW, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

This matter is before the Court for purposes of docket control.

Plaintiff Lester Williams has failed to keep the Court informed of his address. Mail sent to his address of record (6 North Hamlin Blvd., Apt 820, Chicago, Illinois 60624) has been returned as undeliverable. **See, Doc. 18.**

In its order on preliminary review, the Court advised plaintiff of his obligation to keep the Clerk informed of any change in his address, and warned him that failure to do so may result in the dismissal of this case. **See, Doc. 14, p.9**.

**Plaintiff is hereby notified that the failure to inform the Court of his current address by November 30, 2010, will result in sanctions. Such sanctions may include monetary penalties and/or dismissal of this case.**

IT IS SO ORDERED.

DATED: November 16, 2010.

s/ Clifford J. Proud
CLIFFORD J. PROUD
U.S. MAGISTRATE JUDGE