UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

LESTER WILLIAMS,

    Plaintiff,

v.

LIEUTENANT SHAW, *et al.*,

    Defendants.

Case No. 10-cv-171-JPG

### MEMORANDUM AND ORDER

    This matter comes before the Court on Magistrate Judge Clifford J. Proud's Report and Recommendations ("R & R") (Doc. 21) of December 16, 2010, wherein it is recommended that the Court dismiss with prejudice Plaintiff Lester Williams' Complaint (Doc. 1). Specifically, Magistrate Judge Proud believes that Williams' failure to keep the Court abreast of his whereabouts and his failure to achieve service of process on the remaining Defendants warrants dismissal of the remaining claims.

    After reviewing a report and recommendation, the Court may accept, reject, or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

    Here, neither party has filed an objection to Magistrate Judge Proud's R & R. Subsequently, the Court has reviewed the R & R for clear error and finds that it is not clearly erroneous. Like

Magistrate Judge Proud, the Court finds that "[Williams] has lost interest in this litigation and has failed to diligently prosecute his case." Doc. 21, p. 2.

As such, the Court **ADOPTS** the R & R (Doc. 21) in its entirety, whereby the Court **DISMISSES** Williams' remaining claims **with prejudice** and **DISMISSES** the remaining Defendants, namely Lieutenant Shaw, John Doe #1, John Doe #2, and Lieutenant Goines, **with prejudice**. Further, the Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED**
**DATED: January 24, 2011**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
