UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

LESTER WILLIAMS,

    Plaintiff,

v.

LIEUTENANT SHAW, *et al.*,

    Defendants.

Case No. 10-cv-171-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:** January 24, 2011        NANCY ROSENSTENGEL, Clerk of Court

                                            S/Deborah Agans, Deputy Clerk Clerk

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**